# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAKE MILLS

NO. 2019 KW 1004

OCT 28 2019

---

In Re:    Jake Mills, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 589075.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   **WRIT DENIED.**

                                    TMH
                                    AHP
                                    WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT